

**Entered on Docket
January 26, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, CA 92612
(949) 252-9400 Phone
(949) 252-1032 Fax
kevin@mclaw.org

**E-FILED JANUARY 15, 2010**

Attorneys for WELLS FARGO HOME MORTGAGE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re ) | Chapter 13 |
| ) | |
| JAN O MIKKELSEN, ) | Case No. S-09-20750-LBR |
| ) | |
| ) | Hearing Date:  November 12, 2009 |
| Debtor. ) | Hearing Time:  10:30 a.m. |
| ) | |
| ) | Location:    Foley Federal Building |
| ) |              Courtroom No. 1 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of WELLS FARGO HOME MORTGAGE came on regularly for hearing before this court on November 12, 2009, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to real property commonly known as 2670 Ruthe Duarte Avenue, Las Vegas, NV 89121.

IT IS FURTHER ORDERED that WELLS FARGO HOME MORTGAGE will provide Debtors with no less than seven (7) days notice of the date, time and place of foreclosure sale.

SUBMITTED BY:

/s/ *Kevin Hahn*
KEVIN HAHN
Nevada Bar No. 9821
2112 Business Center Drive
Irvine, CA 92612
(949) 252-9400
Attorney for WELLS FARGO HOME MORTGAGE

## RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel for Movant certifies:

____ The Court waived the requirement of approval under LR 9021.

__X__ This is a Chapter 7 or 13 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party an whether the party has approved, disproved, or failed to respond to the document]:

RICK A. YARNALL, Trustee: _____

Approved_____    Disapproved_____    Failed to Respond ___X___

____ This is a Chapter 9, 11, or 15 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

### #